RE: Juan Carlos Rodriguez Perez                                                                                       Case # 23-13892  LMI

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)**

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows:  Reviewed documents received prior to: 6/5/23

Tax returns:

✓ Corporate Tax Returns: 2021-2022

   Photo ID/SS card - Legible/Unredacted          LF 90          LF 67          LF 10

   Plan does not fund properly

   Attorney fee itemization or Fee Application needed (see court guideline 6)

✓ 2016(B), SOFA #16 and Plan do not match          Missing Attorney's Declaration & 341 Written Quest.

   Other provisions:    IVL          100%          Lawsuit          Gambling          MMM

   Reaffirm, redeem or surrender      Sch D or      G creditor:

   MMM Motion not filed      Valuation motion not filed          Lien Avoidance Motion not filed

   Priority debt on Schedule E not in plan:

   Creditor in Plan is not listed in Schedules or has not filed a POC:

   Creditor paid through the Plan has not filed a POC:

✓ Object or Conform to Proof of Claim:    Miami-Dade County      Tax Certificate (DE#    )      Dept of Revenue
     IRS      ✓ CL#1 US DEPT OF HUD

✓ OTHER PLAN ISSUES: Amend Plan Sect.III.E#3 to correct acct# to match POC#3

   Real Estate FMV and Payoff:                                                         Non-Homestead Info Sheet:

✓ Vehicles FMV (NADA/Carmax):19 & 20 JETSKIS

   Other:

✓ Bank Account Statements      3 months pre-petition #8763 (4/27-5/18/23)

   Copy of check(s) and/or explanation:

✓ Explanation of withdrawal(s): Acct#8763 All over $999.99

   401K/Retirement/Pension                  Annuity                  Life Insurance Policy

   Domestic Support Obligation form complete with info: name, address and phone

   Wage deduction order or Motion to waive

✓ BDQ complete with selection(s)                          ✓ Profit/Loss & Balance Sheet

✓ Business Bank statements and checks   ✓ 3 months pre-petition

✓ Affidavit of support and of rent/lease          SOFA #27 details: When did business close? What happened to business assets?

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was   served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by **NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*